UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH CHARLES CHAPMAN,
   Petitioner,
  v.
FRED FOULK, Acting Warden,
   Respondent.

Case No. 13-cv-02301-YGR (PR)

**ORDER DIRECTING PETITIONER TO FILE AN AMENDED PETITION**

  Petitioner, a state prisoner, previously filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On September 24, 2014, the Court issued an Order granting Petitioner's request for a stay of proceedings while he returned to state court to exhaust his state judicial remedies. The Court Order stated: "Nothing further will take place in this action until Petitioner receives a final decision from the California Supreme Court and, within **thirty (30) days** of doing so, moves to reopen the action, lift the Court's stay and amend the stayed petition to add the newly-exhausted claims." Dkt. 13 at 3.

  On February 24, 2015, Petitioner informed the Court that his state proceedings had concluded; however, he did not amend the stayed petition to add the newly-exhausted claims. Therefore, Petitioner must file an amended petition in this Court which incorporates the newly-exhausted claims he intends to raise in federal court, as directed below.

## CONCLUSION

  For the reasons outlined above, the Court orders as follows:

  1. No later than **twenty-eight (28) days** of the date of this Order, Petitioner must file an amended petition in this Court which incorporates the newly-exhausted claims he intends to raise in federal court. The Court will lift the stay on the date that Petitioner files his amended

1  petition. Petitioner must submit the amended petition on the attached blank habeas petition form,
2  clearly label the petition as the "Amended Petition," and write in the case number for this action
3  on the form – Case No. C 13-2301 YGR (PR). He should also attach to his amended petition a
4  copy of his petition to the California Supreme Court, if the document is available to him. If
5  Petitioner fails to file an amended petition within the prescribed period, the Court will dismiss this
6  action without prejudice for failure to prosecute.

      2. The Clerk of the Court shall send Petitioner a blank Section 2254 habeas petition form.

IT IS SO ORDERED.

Dated: April 29, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge

2