UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH CHARLES CHAPMAN,

    Petitioner,

  v.

SUZANNE M. PEERY, Acting Warden,

    Respondent.

Case No. 13-cv-02301-YGR (PR)

**[PROPOSED]** **ORDER**

    IT IS HEREBY ORDERED that the time within which Respondent is to respond to this Court's Order filed December 17, 2015, will be extended to **April 15, 2016**. Petitioner's traverse shall be filed and served within **sixty (60) days** of service of the answer.

    This Order terminates Docket No. 26.

    IT IS SO ORDERED.

Dated: February 18, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge